# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0037, <u>Khaled Abdel-Fattah v. Fatima Belal; Fatima Belal v. Khaled Abdel-Fattah</u>, the court on December 17, 2021, issued the following order:**

The motion filed by Khaled Abdel-Fattah on November 1, 2021 to "strike answers to questions submitted by Fatima Belal on October 27, 2021," is partially denied as it pertains to Ms. Belal's brief and partially granted as it pertains to the appendix to Ms. Belal's brief. Mr. Abdel-Fattah's November 12, 2021 motion to strike Ms. Belal's objection is deemed to be a reply to her objection and, because it was filed without prior court permission, it will not be considered. <u>See</u> Rule 21(3-A). Ms. Belal's motion to strike Mr. Abdel-Fattah's November 12, 2021 motion to strike is, therefore, moot. Also moot are Ms. Belal's November 22, 2021 objection and Mr. Abdel-Fattah's November 29, 2021 motion to strike that objection.

Having considered the parties' briefs and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). Mr. Abdel-Fattah, appeals orders of the Superior Court (<u>Temple</u>, J.) denying his motions to: (1) vacate a judgment in favor of Ms. Belal, which became final in May 2018; and (2) grant him a new trial on the matter that resulted in the May 2018 judgment. We affirm.

As the appealing party, Mr. Abdel-Fattah has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's orders, Mr. Abdel-Fattah's challenges to them, the relevant law, and the record submitted on appeal, we conclude that he has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**